1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN ANTHONY CLEMENS,                    No.  2:14-cv-0080 AC P

12                     Petitioner,

13        v.                                    ORDER

14   FRED FIGUEROA, Warden, et al.,

15                     Respondents.

16

17        Examination of this action and the court's records reveals that the petitioner has

18   previously filed a petition for relief in the same matter (No. 2: 08-cv-2588 KJN P).  Pursuant to

19   Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who,

20   with the parties' consent, considered the prior petition.

21        The parties should be aware that reassigning this action under Local Rule 190(d) merely

22   has the result that the action is assigned to the Magistrate Judge who considered the prior petition;

23   no consolidation of the actions is effected.

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.  This action is reassigned to Magistrate Judge Kendall J. Newman for all further

26   proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:

27   14-cv-0080 KJN P; and

28   ////

                                           1

1        2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil

2  cases to compensate for this reassignment.

3  DATED: January 21, 2014

4                                                    _____

5                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28