UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY CLEMENS,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, et al.,<br><br>Respondents. | No. 2:14-cv-0080 JAM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is presently incarcerated at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi.  He is serving a sentence for a conviction rendered by the Siskiyou County Superior Court on March 29, 2006.  <u>Clemens v. Sisto</u>, Case No. 2:08-cv-2588 KJN.

    The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims.  See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973) (federal district court of the jurisdiction issuing a detainer was a proper forum to maintain an action in habeas corpus, even though the petitioner was physically confined in another state.)

////

1

1  The court's records reveal that petitioner previously filed an application for a writ of habeas corpus attacking the 2006 conviction and sentence challenged in this case. The previous application was filed on June 9, 2008, and was denied on the merits on March 30, 2011. Case No. 08-cv-2588 KJN. Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

In accordance with the above, IT IS HEREBY IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 14, 2014

/clem0080.suc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE